RECEIVED
IN LAKE CHARLES, LA.

JUL -9 2013

TONY R. MOORE, CLERK
BY_____
             DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

RONALD MILLER IRBY　　　　　　　CIVIL ACTION NO. 2:12-CV-771
98804　　　　　　　　　　　　　　SECTION P

VS.　　　　　　　　　　　　　　　JUDGE PATRICIA MINALDI

DEPARTMENT OF　　　　　　　　　MAGISTRATE JUDGE KATHLEEN KAY
CORRECTIONS, ET AL

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 20] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b)(1).

Lake Charles, Louisiana, on this ___8___ day of ___July___, 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE